PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ABDULSALAM, ET AL.<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, ET AL.<br><br>Defendants. | CASE NO. 2:24-CV-007779-DJC-JDP<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose. In this case, Plaintiffs allege that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudication of their pending asylum application, which they filed in June 2017. USCIS is in the process of scheduling and coordinating asylum interviews of Plaintiffs. The parties anticipate that this lawsuit will be rendered moot upon the successful completion of the interview and adjudication.

///

///

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is June 20, 2024.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  May 20, 2024 　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　By:  /s/ ELLIOT C. WONG
　　　　　　　　　　　　　　　　　　　　　　　　　　ELLIOT C. WONG
　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ ARTHUR MINAS
　　　　　　　　　　　　　　　　　　　　　　　　　　ARTHUR MINAS
　　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

　　　　　　　　　　　　　　　　　ORDER

IT IS SO ORDERED.


Dated:  May 21, 2024 　　　　　　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE